UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HAPPY HOA CHUONG, LLC** | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| **V.** | § | Civil Action No. <u>**4:20-cv-32**</u> |
| | § | **JURY** |
| **PENN AMERICA INSURANCE** | § | |
| **COMPANY** | § | |
| *Defendant*. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Penn America Insurance Company ("Defendant") hereby files this Notice of Removal from the 268th District Court of Fort Bend County, Texas to the United States District Court for the Southern District of Texas, Houston Division. In support of this Notice, Defendant respectfully shows as follows:

*Preliminary Statement*

1. This lawsuit involves a dispute over Defendant's handling of Plaintiff's insurance claim for alleged damages to its property from a storm. Penn America Insurance Company is not a citizen of Texas. Accordingly, there is complete diversity between the parties, and as the amount in controversy exceeds $75,000, removal is proper in this case.

1

### *Procedural Background*

2.     On September 30, 2019, Plaintiff filed an Original Petition, Jury Demand, Request for Disclosure, Requests for Production, Interrogatories, and Request for Admissions styled *Happy HOA Chuong, LLC v. Penn America Insurance Company*, Cause No. 19-DCV-267170, in the 268th Judicial District Court of Fort Bend County, Texas.  Defendant was served with the Original Petition on December 13, 2019. Defendant also demanded a trial by jury in its Original Answer filed on January 6, 2020 in the 268th Judicial District Court of Fort Bend County, Texas.

3.     This Notice of Removal has been filed within 30 days after receipt of the Petition as required by 28 U.S.C. § 1446(b).

### *Nature of the Suit*

4.     This lawsuit involves a dispute over the handling of Plaintiff's insurance claim for alleged damages to its property resulting from a storm.  Plaintiff claims it is entitled to more than $200,000.00 for a claim arising out of alleged damage to its property sustained as a result of Hurricane Harvey on or about August 26, 2017. *See Plaintiff's Original Petition, page 3*. The insured property is located within Fort Bend County, Texas, which is within the Southern District of Texas, Houston Division.  Plaintiff asserts causes of action for breach of contract, violations of the Texas Insurance Code, breach of the duty of good faith and fair dealing, fraud, and conspiracy to commit fraud against Defendant.  Plaintiff seeks to recover actual damages, compensatory damages, statutory interest, additional or punitive damages, costs of court, and attorneys' fees. Defendant generally denies Plaintiff's claims.

5.     The storm which allegedly damaged the Plaintiff's property occurred on or around August 26, 2017.  Plaintiff thereafter submitted a claim to Defendant against the Policy covering its property.

6. Defendant assigned an independent adjuster, Mitchell Ragland, to adjust the claim.

7. Plaintiff alleges that Defendant was not diligent in investigating Plaintiff's loss and/or paying its claim.

### *Basis for Removal*

8. Removal of this action is based on diversity of citizenship pursuant to 28 U.S.C. § 1332. According to the Texas Secretary of State's website, Plaintiff is a Texas Domestic Limited Liability Company. Also based on information found on the Texas Secretary of State's website, Defendant affirmatively alleges that Plaintiff's members, Hoa K. Bui and Chuong Nguyen, are citizens of Texas. The subject property, which is owned by Plaintiff, is located in Fort Bend County.

9. Defendant is a company that is incorporated in Delaware and has its principal place of business in Bala Cynwyd, Pennsylvania. It is a wholly owned subsidiary of Penn America Group, Inc., a Pennsylvania corporation. Accordingly, Defendant is domiciled in and a resident of Pennsylvania. *See Affidavit of Kate Wilkinson*.

10. There is complete diversity of citizenship between the parties.

11. This Court has original jurisdiction over this case because it is a suit between citizens/entities of different states, and Plaintiff claims to be entitled to damages in excess of $75,000.00, exclusive of interest and costs. 28 U.S.C. § 1332(a). *See Plaintiff's Original Petition which seeks an amount between $200,000 and $1,000,000.00, page 2.*

### *The Removal is Procedurally Correct*

12. Defendant was served with the Original Petition on December 13, 2019. Therefore, this Notice of Removal is filed within the 30-day time period required by 28 U.S.C. § 1446(b).

13.     Venue is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending and because a substantial part of the events giving rise to the Plaintiff's claim allegedly occurred in this district.

14.     Exhibit "A" to this Notice contains copies of all process and pleadings filed in the state court proceeding in Fort Bend County, Texas.

15.     Penn America Insurance Company is the sole Defendant in this removed action; consequently, all Defendants join in and consent to this Removal.

16.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the District Courts for Fort Bend County, Texas and served upon Plaintiff through its counsel of record.

WHEREFORE, Defendant hereby requests that this action be removed from the 268th District Court of Fort Bend County, Texas to the United States District Court for the Southern District of Texas, Houston Division, and that this Court enter such further orders as may be necessary and appropriate.

Dated January 6, 2020

Respectfully submitted,

 /s/ Richard J. Kasson
RICHARD J. KASSON
Attorney-in-Charge
State Bar No. 24002392
Southern District of Texas Federal ID No. 21614
rkasson@gcaklaw.com
REBECCA H. ADUDDELL
Of Counsel
State Bar No. 24097280
Southern District of Texas Federal ID No. 3050524
raduddell@gcaklaw.com
**GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.**
Of Counsel
9601 McAllister Freeway, Suite 401
San Antonio, Texas 78216
Phone: (210) 569-8500
Fax:    (210) 569-8490


**ATTORNEYS FOR DEFENDANT, PENN AMERICA INSURANCE COMPANY**

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the **6th** day of **January, 2020**, a true and correct copy of the foregoing instrument was duly served upon all counsel of record via the Court's electronic filing system, facsimile and/or regular mail:

Sean H. McCarthy
Email: smccarthy@whlaw.com
P. Griffin Bunnell
Email: gbunnell@whlaw.com
**WILLIAMS HART BOUNDAS EASTERBY LLP**
8441 Gulf Freeway, Ste 600
Houston, Texas 77017
Tel:    (713) 230-2200
Fax:   (713) 643-6226

Andrew C. Cook
Email: acc@texinsurancelaw.com
**THE COOK LAW FIRM, PLLC**
7324 Southwest Freeway, Suite 585
Houston, Texas 77074
Tel:    (713) 401-2890
Fax:   (713) 643-6226

                                                       /s/ Richard J. Kasson
                                                       RICHARD J. KASSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HAPPY HOA CHUONG, LLC<br>*Plaintiff* | § § § § | |
| V. | § § | Civil Action No. 4:20-cv-32<br>JURY |
| PENN AMERICA INSURANCE COMPANY<br>*Defendant.* | § § § § | |

### AFFIDAVIT OF KATE WILKINSON

~~STATE~~ Commonwealth OF PENNSYLVANIA   §
                                          §
COUNTY OF Montgomery                      §

BEFORE ME, the undersigned authority, on this day personally appeared KATE WILKINSON, who, being by me duly sworn, deposed as follows:

"My name is KATE WILKINSON. I am over the age of eighteen (18) years, of sound mind, and competent to make this affidavit. I have never been convicted of a felony nor a misdemeanor involving moral turpitude. I am the Director of Claims for Global Indemnity Group, Inc., of which Penn-America Insurance Company is one of its subsidiary insurance companies, and I have personal knowledge of the facts herein stated and they are true and correct.

Penn-America Insurance Company is incorporated in Delaware with its principal place of business in Pennsylvania. Penn-America Insurance Company is not a citizen of Texas."

Further, Affiant sayeth naught.

SIGNED this 2nd day of January, 2020.

_____
KATE WILKINSON
Director of Claims - Global Indemnity Group, Inc.

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this the 2nd day of January, 2020, witness my hand and seal of office.

_____
Notary Public - ~~State~~ Commonwealth of Pennsylvania

Commonwealth of Pennsylvania - Notary Seal
JOAN GRECO - Notary Public
Montgomery County
My Commission Expires Nov 15, 2023
Commission Number 1265584

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff  
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  
*(IN U.S. PLAINTIFF CASES ONLY)*  
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff  
☐ 2 U.S. Government Defendant  
☐ 3 Federal Question *(U.S. Government Not a Party)*  
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding  
☐ 2 Removed from State Court  
☐ 3 Remanded from Appellate Court  
☐ 4 Reinstated or Reopened  
☐ 5 Transferred from Another District *(specify)*  
☐ 6 Multidistrict Litigation - Transfer  
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:  
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE